## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

Adriana Garza

v.                                          Case Number: 7:19−cv−00323

John Bernard Powell

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**     by video
Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**     6/7/2021

**TIME:**     01:00 PM

**TYPE OF PROCEEDING:**  Status Conference

Date:    March 3, 2021

Nathan Ochsner, Clerk